**Mark Anthony CLEARMAN, Plaintiff–Appellant,**

v.

**Ms. Ellen FERNANDO; et al., Defendants–Appellees.**

No. 10–55522.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed March 6, 2012.

Mark Anthony Clearman, Adelanto, CA, for Plaintiff–Appellant.

Sekret T. Sneed, Assistant U.S., Dorothy Schouten, Assistant U.S., USLA—Office of the U.S. Attorney, Los Angeles, CA, for Defendants–Appellees.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM **

Mark Anthony Clearman, a California state prisoner, appeals pro se from the district court's summary judgment in his action brought under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), alleging deliberate indifference to serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004). We affirm.

The district court properly granted summary judgment because Clearman did not raise a genuine dispute of material fact as to whether defendants were deliberately indifferent to his serious medical needs regarding the appropriate diagnosis and treatment of his shoulder injury. *See Jackson v. McIntosh,* 90 F.3d 330, 332 (9th Cir.1996) (to establish that a difference of opinion amounted to deliberate indifference, a prisoner "must show that the course of treatment the doctors chose was medically unacceptable under the circumstances … and … that they chose this course in conscious disregard of an excessive risk to [the prisoner's] health" (citations omitted)).

Clearman's remaining contentions, including that the district court failed to construe the evidence in the light most favorable to him, are unpersuasive.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.